IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONNIE CATO,           )
                       )
    Plaintiff,         )
                       )
vs.                    )   CIVIL NO. 08-774-DRH
                       )
MICHAEL J. ASTRUE,     )
Commissioner of Social Security, )
                       )
    Defendant.         )

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 5, 2009, the Court **GRANTS** Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 8). The Court **DISMISSES with prejudice** plaintiff, Ronnie Cato's Complaint as untimely.

**KEENAN G. CASADY, CLERK**

March 5, 2009                    By: s /Robin Butler
                                      Deputy Clerk

APPROVED: /s/ David R Herndon
**CHIEF JUDGE**
**U.S. DISTRICT JUDGE**